# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES HICKS, LADARRIOUS LOGAN, LARSON SCOTT, and ALFRED JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>THE OVERSEER PROTECTIVE SERVICES, LLC, and MARTIN WILLIAMS,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:12-cv-01408 |

## NOTICE OF DISMISSAL

Plaintiffs James Hick, Ladarrious Logan, Larson Scott, and Alfred Johnson, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss this action.[1]

---

[1] This Rule authorizes a plaintiff to unilaterally dismiss an action if the defendant has not yet filed an answer or motion for summary judgment. In this case, the Clerk entered a default as to Overseer Protective Services ("OPS"). Thereafter, OPS attempted to answer. But at ECF No. 8 the answer was struck. Then, at ECF No. 9, the Court issued an Order to Show Cause that required OPS to secure and identify counsel. It did not. Thus, at this juncture, OPS has neither answered nor secured counsel.

**RESPECTFULLY SUBMITTED**:   February 11, 2013

| | |
|---|---|
| **MAYS & KERR LLC** | /s/ Viraj Parmar |
| 229 Peachtree Street NW | Viraj Parmar |
| International Tower \| Suite 980 | Ga. Bar No. 996884 |
| Atlanta, GA 30303 | viraj@maysandkerr.com |
| Telephone:  (404) 410-7998 | |
| Facsimile:   (877) 813-1845 | John L. Mays |
| Attorneys for Plaintiff | Ga. Bar No. 986574 |
| | john@maysandkerr.com |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, counsel hereby certify that the foregoing pleading has been prepared using Times New Roman 14 point font, as approved by Local Rule 5.1C.

**THIS** 11<u>th</u> day of February, 2013

<u>/s/ Viraj Parmar</u>
Viraj Parmar

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES HICKS, LADARRIOUS LOGAN, LARSON SCOTT, and ALFRED JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>THE OVERSEER PROTECTIVE SERVICES, LLC, and MARTIN WILLIAMS,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:12-cv-01408 |

## CERTIFICATE OF SERVICE

I certify that on February 11, 2013 I delivered the foregoing Notice of Dismissal to every party by mailing it to their last known addresses.

/s/ Viraj Parmar
Viraj Parmar