UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES HICKS, LADARRIOUS LOGAN, LARSON SCOTT, and ALFRED JOHNSON,<br><br>    Plaintiffs,<br><br>v.<br><br>THE OVERSEER PROTECTIVE SERVICES, LLC, and MARTIN WILLIAMS,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-CV-1408-SCJ |

## ORDER

This matter is before the Court on the Notice of Dismissal as filed by Plaintiffs on February 11, 2013 [Doc. No. 10], which is hereby **APPROVED**. This action is therefore **DISMISSED** pursuant to 41(a)(1)(i).

**IT IS SO ORDERED**, this 15th day of February, 2013.

                                                s/Steve C. Jones
                                                STEVE C. JONES
                                                UNITED STATES DISTRICT JUDGE